# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAMANTHA BAILEY, | JURY TRIAL DEMANDED |
| *Plaintiff*, | CIVIL ACTION |
| v. | CASE NO. 3:17-CV-01128-MEM |
| DISTRICT ATTORNEY JEFFREY MITCHELL; CHIEF OF POLICE STANLEY J. ELY; CHIEF OF POLICE JOHN KREIG; POLICE OFFICER JOHN C. ZDANIEWICZ; TUNKHANNOCK TOWNSHIP; MESHOPPEN BOROUGH; UNKNOWN INDIVIDUAL(S) IN THE WYOMING COUNTY DISTRICT ATTORNEY'S OFFICE; AND WYOMING COUNTY, | FILED ELECTRONICALLY |
| *Defendants.* | |

## CERTIFICATE OF COMPLIANCE WITH F.R.C.P. 15(a)(2)

Prior to filing Plaintiff's First Amended Complaint, counsel for Plaintiff sought and obtained the written consent of the opposing parties to file Plaintiff's First Amended Complaint. I, Leonard Gryskewicz, Jr., Esquire, do hereby certify that Plaintiff has complied with the requirements of Federal Rule of Civil Procedure 15(a)(2).

Respectfully Submitted,

*s/ Leonard Gryskewicz, Jr.*

Leonard Gryskewicz, Jr.
Attorney for Plaintiff
PA321467
Lampman Law
2 Public Sq.
Wilkes-Barre, PA 18701
Phone: (570) 371-3737
Fax: (570) 371-3838